# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER A. JONES,                    )
                                         )
                         Plaintiff,      )          Case No. 2:07-cv-01088-JCM-GWF
                                         )
vs.                                      )          **ORDER**
                                         )
DWIGHT NEVEN, *et al.*,                  )          Motion for Order (#114)
                                         )
                         Defendants.     )
_____)

     This matter is before the Court on Plaintiff Christopher A. Jones' Motion for Order (#114), filed February 9, 2011.  Plaintiff requests that the Court order the Clerk of the Court to attach supplemental exhibits (#93) to the Amended Complaint (#14).  Upon review and consideration,

     **IT IS HEREBY ORDERED** that Plaintiff Christopher A. Jones' Motion for Order (#114) is **granted**.  The Clerk of the Court shall attach the supplemental exhibits (#93) to the amended complaint (#14) and file the amended complaint and exhibits as one document in the record.

     DATED this 4th day of March, 2011.

                                    *George Foley Jr.*
                                **GEORGE FOLEY, JR.**
                                **United States Magistrate Judge**