# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:07-cv-01088-JCM-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DWIGHT NEVEN, *et al.*, ) | Supplement to Motion to Compel (#129) |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff Christopher A. Jones' Supplement to Motion to Compel (#129), filed March 9, 2011.

Plaintiff requests an order compelling Ely State Prison and the Nevada Department of Corrections to allow him to keep his medical records in his prison cell. (#129). Plaintiff previously raised this issue at a March 2, 2011 hearing on his motion to compel production of his personal medical records that were attached to Defendant's motion to dismiss (#52). (*See Min. of Proceedings*, #124). During the hearing, Defendants argued that prison regulations prohibit prisoners from keeping medical records in their cells. (*Id.*) Plaintiff argued that he had been granted leave in prior cases by the Court to keep his personal records in his cell. (*Id.*) The Court declined to rule on the matter without additional briefing and ordered that Plaintiff should file a supplement to his motion to compel (#119) and include evidence that he has previously been granted leave to keep records in his cell. (#128).

Plaintiff filed his supplement on March 9, 2011. (#129). The supplement includes evidence that he has previously been allowed to physically possess medical records in his cell, including a November 6, 2001 memorandum from the Nevada Department of Corrections granting him authorization to do so. (*Id.* at 6). Based on this evidence, the Court will grant Plaintiff's request.

. . .

In addition, Defendants have not filed a response to Plaintiff's supplement. In its order granting Plaintiff's motion to compel, the Court granted Plaintiff until March 9, 2011 to file a supplement to his motion to compel. (#128). The order also states that Defendants should file a response within one week after the date Plaintiff filed his supplement or before March 16, 2011. (*Id.*) To date, Defendants have not responded to Plaintiff's supplement (#129) and the time for opposition has now passed. LR 7-2(d) states in pertinent part, that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." As a result, the Court will grant the present motion based on the substantive merits and based on Defendants' failure to respond. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Christopher A. Jones' Supplement to Motion to Compel (#129) is **granted**. The Nevada Department of Corrections and Ely State Prison officials shall allow Plaintiff to keep his personal medical records, including the medical records attached to Defendants' motion to dismiss (#52), in his possession in his prison cell.

DATED this 28th day of March, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**