1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                        **DISTRICT OF NEVADA**
6

7   CHRISTOPHER A. JONES,                    )
8                              Plaintiff,    )      Case No. 2:07-cv-01088-JCM-GWF
                                             )
9   vs.                                      )      **ORDER**
                                             )
10  DWIGHT NEVEN, *et al.*,                  )      Motion to Clarify (#149)
                                             )
11                             Defendants.   )
                                             )
12

13          This matter is before the Court on Defendant Steven MacArthur's Motion to Clarify Order

14  Granting Motion for Enlargement of Time (#149), filed April 25, 2011.

15          On April 18, 2011, the Court entered an order granting Defendant MacArthur's Motion to

16  Extend (#141) and extending the time in which Defendant would be required to respond to Plaintiff's

17  Complaint.  (#145).  Defendant states that the motion to extend (#141) included inconsistencies,

18  requesting an extension of time to respond to Plaintiff's motion to show cause (#136) in one part of the

19  motion and an extension of time to respond to Plaintiff's Complaint in another section.  (*See* #141).  In

20  the present motion, Defendant clarifies that MacArthur's prior motion (#141) was seeking an extension

21  of time to respond to Plaintiff's motion to show cause (#136).  (#149).

22          Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause

23  shown.  Defendant MacArthur requests a 45 day extension of time to respond to Plaintiff's Motion for

24  Order to Show Cause (#136) due to personnel issues in the Attorney General's Office.  The Court finds

25  Defendant has shown good cause for an extension.  Accordingly,

26  . . .

27  . . .

28  . . .

1    **IT IS HEREBY ORDERED** that Defendant Steven MacArthur's Motion to Clarify Order

2    Granting Motion for Enlargement of Time (#149) is **granted**.  Defendants will have until **May 30, 2011**

3    to respond to Plaintiff's Motion to Show Cause (#136).

4    DATED this 27th day of April, 2011.

5

6    _____

7    **GEORGE FOLEY, JR.**
     **United States Magistrate Judge**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2