# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER A. JONES, | ) | |
| Plaintiff, | ) | Case No. 2:07-cv-01088-JCM-GWF |
| vs. | ) | **ORDER** |
| DWIGHT NEVEN, *et al.*, | ) | Motion to Unseal (#139) |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion to Unseal (#139), filed April 5, 2011; Defendants' Opposition to Motion to Unseal (#144), filed April 18, 2011; and Plaintiff's Reply to Defendants' Opposition to the Motion to Unseal (#151), filed April 26, 2011.

Plaintiff Christopher Jones requests that the Court unseal the 173 pages of his medical records which are attached as exhibits to Defendants' motion to dismiss (filed at docket no. 52-1 through 52-7). Defendants object to Plaintiff's request, contending that Plaintiff has the right to waive the confidentiality of his medical records, but Plaintiff has not yet filed such a waiver. (#144).

The Court finds in filing the present motion to unseal (#139), Plaintiff has voluntarily waived the privacy and confidentiality rights related to his medical records. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Unseal (#139) is **granted**. The Court will file an unsealed copy of the medical records attached to Defendants' motion to dismiss (#52) with Plaintiff's date of birth and social security number redacted. The Court will also send a copy of the unsealed records to Plaintiff for Plaintiff to keep in his cell. (*See* #135).

DATED this 27th day of May, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**