UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> DWIGHT NEVEN, et al., ) <br> ) <br> ) <br> Defendants. ) <br> ) | **Case No. 2:07-cv-01088-JCM-GWF** <br><br> <u>ORDER</u> <br><br> Motion for Extension of Time to Oppose Plaintiff's Motion for Sanctions (# 199) |

    This matter is before the Court on Defendants' Motion for an Extension of Time (# 199), filed July 29, 2011.  Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Defendants' request an enlargement of time until August 4, 2011 to respond as information from the agency files is still being evaluated in order to prepare a response to Plaintiff's motion.  The Court finds Defendants have shown good cause for an extension. Accordingly,

    **IT IS HEREBY ORDERED** that Defendants' Motion for an Extension (# 199) is **granted**.  Defendants have until August 4, 2011 to respond to Plaintiff's Motion for Sanctions.

    DATED this 2nd day of August, 2011.

                                                              _____
                                                            **GEORGE FOLEY, JR.**
                                                            **United States Magistrate Judge**