# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER A. JONES,

          Plaintiff,

vs.

DWIGHT NEVEN, *et al.*,

          Defendants.

Case No. 2:07-cv-01088-JCM-GWF

**ORDER**

Motion to Orders (#211)

This matter comes before the Court on Plaintiff's Motion for Orders (#211), filed on August 30, 2011, and Defendants' Opposition to Motion for Orders (#216), filed on September 6, 2011. Plaintiff requests the Court order Defendants to provide a properly formatted response to the Plaintiff's First Request for Production of Documents. Plaintiff further requests the Court to direct the Clerk of the Court to send him a current copy of the Local Rules. Defendants, through their Objection (#216), have provided Plaintiff with a properly formatted response to the Plaintiff's First Request for Production and a current copy of the Local Rules. The Plaintiff's requests are therefore moot.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Orders (#211) is **denied** as moot.

**DATED** this 8th day of September 2011.

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**