# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER A. JONES,

          Plaintiff,

vs.

DWIGHT NEVEN, *et al.*,

          Defendants.

Case No. 2:07-cv-01088-JCM-GWF

**ORDER**

Motion for Order (#227)

     This matter comes before the Court on Plaintiff's Motion for Order (#227) filed on October 20, 2011 and Defendants' Limited Opposition to Motion for Order (#228), filed on October 31, 2011. Plaintiff requests the Court set a new deadline for filing dispositive motions in light of the prolonged discovery litigation in this case. Defendants do not oppose Plaintiff's request, but ask that the Court wait to set a definite deadline until after Plaintiff's Partial Objections to the Magistrate Judge's Order (#224) is ruled upon. On October 31, 2011, the Court entered an Order (#229) denying Plaintiff's Partial Objections to the Magistrate Judge's Order. The Court will therefore grant Plaintiff's request and set a dispositive motion deadline in this case. Accordingly,

     **IT IS HEREBY ORDERED** that Plaintiff's Motion for Order (#227) is **granted**. Dispositive motions shall be due no later than **Friday, December 9, 2011.**

     DATED this 2nd day of November, 2011.

                                                                                  GEORGE FOLEY, JR.
                                                                                  United States Magistrate Judge