# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES,<br><br>  Plaintiff,<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>  Defendant. | 2:07-CV-1088 JCM (GWF)<br><br>Date:  N/A<br>Time:  N/A |

# ORDER

Presently before the court is defendants James Cox, et. al.'s motion to extend time. (Doc. #252). Plaintiff Christopher Jones did not file a reply.

Defendants ask the court for an extension of time up to and including January 19, 2012, in which to file an opposition to plaintiff's motion for summary judgment. (Doc. #252). Defendants assert that plaintiff's summary judgment motion is "extremely lengthy" and requires more time to analyze. Further, defendants state that they need to edit their opposition so that it is not merely a "carbon copy" of their own motion for summary judgment.

Good cause appearing,

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants James Cox, et. al.'s motion to extend time (doc. #252) be, and the same hereby is, GRANTED. Defendants shall have up to and including January 19, 2012, to file an opposition to plaintiff's motion for summary judgment.

DATED January 19, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**