# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES,<br><br>    Plaintiff,<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>    Defendant. | 2:07-CV-1088 JCM (GWF)<br><br>Date:    N/A<br>Time:    N/A |

# ORDER

Presently before the court is defendants James Cox, et. al.'s motion to extend time. (Doc. #264).

Defendants filed a motion for summary judgment on December 9, 2011. (Doc. #238). Plaintiff has now filed three collateral attacks on the motion for summary judgment. (Docs. #248, #249, and #262). The most recent motion to strike a portion of the motion for summary judgment was filed on February 9, 2012, two months after the motion for summary judgment was filed. (*See* Docs. #238 and #262).

Defendants ask for an additional seven (7) days to respond to plaintiff's motion to strike. (Doc. #264).

Good cause appearing,

**James C. Mahan**
**U.S. District Judge**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants James Cox, et. al.'s motion to extend time (doc. #264) be, and the same hereby is, GRANTED. Defendants shall have up to and including March 2, 2012, to file an opposition to plaintiff's motion to strike.

DATED February 27, 2012.

_/s/ James C. Mahan_
**UNITED STATES DISTRICT JUDGE**